CATHERINE CORTEZ MASTO
Attorney General
CAMERON P. VANDENBERG
Deputy Attorney General
Nevada Bar No. 4356
Bureau of Litigation
Personnel Division
5420 Kietzke Lane, Suite 202
Reno, Nevada 89511
Tel: 775-850-4117
Fax: 775-688-1815
cvandenberg@ag.nv.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EUGENE MURGUIA, an individual, | Case No. 3:12-cv-00347-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO RESET EARLY NEUTRAL EVALUATION SESSION** |
| JACK PALMER, an individual, ADAM WATSON, an individual, and DAMON HAYCOCK, an individual, | |
| Defendants. | |

Defendants, by and through counsel, CATHERINE CORTEZ MASTO, Attorney General of the State of Nevada, and CAMERON P. VANDENBERG, Deputy Attorney General, and Plaintiff Eugene Murguia, by and through counsel, Jeffrey A. Dickerson, Esq., hereby stipulate to vacate the Early Neutral Evaluation Session (ENE) currently scheduled for Tuesday, June 11, 2013 at 1:30 p.m. and to reset the ENE on the earliest available date convenient to the Court and all parties.  Counsel for Defendants is out of town on family medical leave and will not be able to return to Nevada in time to attend the ENE.

. . . .

. . . .

. . . .

-1-

Respectfully submitted this 7th day of June, 2013.

                                        CATHERINE CORTEZ MASTO
                                        Attorney General

/s/ Jeffrey A. Dickerson, Esq.          By:  /s/ Cameron P. Vandenberg
JEFFREY A. DICKERSON, ESQ.                   CAMERON P. VANDENBERG
*Attorney for Plaintiff*                     Deputy Attorney General
                                             *Attorney for Defendants*

**ORDER**

IT IS SO ORDERED this 10th day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511